CHRISTOPHER C. FROST (SBN 315932)
cfrost@maynardcooper.com
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999

Janet Choi (SBN 298809)
jchoi@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Attorney for Defendants
GENERAL AMERICAN LIFE INSURANCE COMPANY
METROPOLITAN TOWER LIFE INSURANCE COMPANY
METLIFE GROUP, INC.

CRAIG M. NICHOLAS (SBN 178444)
cnicholas@nicholaslaw.org
ALEX TOMASEVIC (SBN 245598)
atomasevic@nicholaslaw.org
**NICHOLAS & TOMASEVIC, LLP**
225 Broadway, 19th Floor
San Diego, CA 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496

JACK B. WINTERS, JR. (SBN 82998)
jackbwinters@earthlink.com
GEORG M. CAPIELO (SBN 245491)
gcapielo@einsurelaw.com
SARAH BALL (SBN 292337)
sball@einsurelaw.com
**WINTERS & ASSOCIATES**
8489 La Mesa Boulevard
La Mesa, CA 91942
Telephone: (619) 234-9000
Facsimile: (619) 750-0413

Attorneys for Plaintiff SUSAN A. PITT

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
11/28/18

---

1

**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN A. PITT, Individually, as Successor-In-Interest to Michael A. Pitt, Decedent, on Behalf of the Estate of Michael A. Pitt, and on Behalf of the Class,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL AMERICAN LIFE INSURANCE COMPANY, a Missouri corporation; METROPOLITAN TOWER LIFE INSURANCE COMPANY, a Delaware Corporation; and METLIFE GROUP, INC., a New York Corporation<br><br>Defendants. | Case No. 4:18-cv-06609-YGR<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff SUSAN A. PITT ("Plaintiff") and Defendants GENERAL AMERICAN LIFE INSURANCE COMPANY, METROPOLITAN TOWER LIFE INSURNACE COMPANY, and METLIFE GROUP, INC. ("Defendants") hereby stipulate as follows:

1. Plaintiff filed her complaint on October 30, 2018. (D.E. 1).

2. Defendants were each served with the complaint on November 5, 2018. (D.E. 12, 13, 14). Absent an extension, Defendants' responses to the complaint are due November 26, 2018.

3. Plaintiff and Defendants stipulate that the time for Defendants to respond to Plaintiff's complaint is extended as follows:

    a. If Defendants file an answer to the complaint, the answer will be filed not later than December 21, 2018;

    b. If Defendants file a motion to dismiss the complaint, the motion to dismiss will be filed not later than January 15, 2019.

4. Plaintiff and Defendants agree that no party is prejudiced by the stipulated extension of time for Defendants to respond to Plaintiff's complaint.

5. Plaintiff and Defendants agree that they will conduct the conference required by

**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Federal Rule of Civil Procedure 26(f) on or before January 11, 2019, even if Defendants have not responded to Plaintiff's complaint by that date.

Respectfully submitted,

DATED: November 26, 2018            NICHOLAS & TOMASEVIC, LLP

*/s/ Craig M. Nicholas*
Craig M. Nicholas
Attorney for Plaintiff Susan A. Pitt

DATED: November 26, 2018            WINTERS & ASSOCIATES

*/s/ Jack B. Winters, Jr.*
Jack B. Winters, Jr.
Attorney for Plaintiff Susan A. Pitt

DATED: November 26, 2018            MAYNARD, COOPER & GALE, P.C.

*/s/ Christopher C. Frost*
Christopher C. Frost
Attorney for Defendants General American Life Insurance Company, Metropolitan Tower Life Insurance Company, and MetLife Group, Inc.

3

**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**