LINDA B. OLIVER (SBN 166720)
loliver@maynardcooper.com
JANET CHOI (SBN 298809)
jchoi@maynardcooper.com
**MAYNARD, COOPER & GALE, LLP**
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile:  (205) 254-1999

Attorney for Defendants
METLIFE, INC.
GENERAL AMERICAN LIFE INSURANCE COMPANY
METROPOLITAN TOWER LIFE INSURANCE COMPANY
METLIFE GROUP, INC.

[Additional counsel listed on signature page]

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
3/6/2019

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN A. PITT, Individually, as Successor-In-Interest to Michael A. Pitt, Decedent, on Behalf of the Estate of Michael A. Pitt, and on Behalf of the Class,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>METLIFE, INC., a Delaware Corporation; GENERAL AMERICAN LIFE INSURANCE COMPANY, a Missouri corporation; METROPOLITAN TOWER LIFE INSURANCE COMPANY, a Delaware Corporation; and METLIFE GROUP, INC., a New York Corporation<br><br>　　　　　Defendants. | Case No. 4:18-cv-06609 YSR<br><br>**REVISED JOINT STIPULATION FOR BRIEFING SCHEDULE FOR PLEADINGS IN RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>**[Administrative Motion for Additional Briefing Pages Filed Concurrently Herewith]** |

Pursuant to the Court's February 27th Order re:  Joint Stipulation at Docket Number 36 (Dkt. No. 37), Plaintiff SUSAN A. PITT and Defendants METLIFE, INC., GENERAL AMERICAN LIFE INSURANCE COMPANY, METROPOLITAN TOWER LIFE INSURNACE COMPANY, and METLIFE GROUP, INC. hereby state:

1. Plaintiff filed her First Amended Class Action Complaint ("FAC") on February 11, 2019. (Dkt. No. 32). The FAC is 47 pages long, 160 paragraphs, and contains claims for (1) Declaratory Relief or Judgment under California state law; (2) Declaratory Relief or Judgment under federal law; (3) Breach of Contract; (4) Bad Faith; (5) Unfair Competition; and (6) Financial Elder Abuse. The FAC added factual allegations, a new legal theory (financial elder abuse), and a fourth Defendant: MetLife, Inc.

2. Plaintiff and Defendants have met and conferred extensively regarding the legal and factual issues presented by the FAC. Pursuant to Local Rule 6-1(a), the parties propose the following stipulated schedule for responding to the FAC:

   a. The Defendants' responsive pleadings will include Motions to Dismiss addressing various issues they believe are presented by the FAC. Defendants will have until March 22, 2019, to file their motions to dismiss.

   b. Plaintiff will have until April 29, 2019, to file any Opposition[s];

   c. Defendants will have until May 23, 2019, to file any Replies;

   d. The hearings on any Motions to Dismiss can be held on June 18, 2019 at 2 p.m., or any other date as the court may determine.

3. Plaintiff and Defendants further agree that good cause exists for adopting the proposed briefing schedule because of the scope of issues that will be raised in the responsive pleadings and, consequently, the time and resources that both sides will need to fully research and brief those issues for the Court. Both Plaintiff's and defense counsel are familiar with the issues presented by the FAC and anticipated responses, and have experience litigating similar legal issues (including against one another).

4. More specifically, the Motions to Dismiss will address a number of issues referenced in Rule 12 of the Federal Rules of Civil Procedure, as well as other related issues, such as:

   a. **Personal jurisdiction under Rule 12(b)(2).** Some Defendants will argue that personal jurisdiction is lacking over them. Plaintiff will oppose.

   b. **Failure to state a claim under Rule 12(b)(6).** Defendants will also argue that

Plaintiff has failed to state valid claims. In turn, this will require exploration of choice of law issues, proper interpretation of the California Insurance Code and then application of that Code to the life insurance policy in question here, the interpretation and availability of relief under California's Business and Professions Code (e.g. whether Plaintiff has stated valid claims for restitution or injunctive relief). Separately, Defendants will challenge Plaintiff's allegations that class treatment is appropriate here. Plaintiff will oppose. A further description of the issues from Defendants' point of view, as we as additional facts supporting the proposed briefing schedule, are included in the accompanying Declaration of defense counsel Linda B. Oliver, Esq.

    c. **Venue**. Defendants will further claim that the Northern District is not the proper venue for this action. Plaintiff will oppose.

5. The parties recognize and agree that the usual due-course time limits for fully briefing all of these issues for the court would be insufficient.

6. Plaintiff and Defendants further agree that this case is still in its early stages—with no party having served formal discovery yet—and that no party is prejudiced by this proposed stipulated schedule. Furthermore, the requested time modification would have a minimal effect on the schedule for this case.

### FILER'S ATTESTATION-Local Rule 5.1(i)(3)

I, Linda B. Oliver, am the ECF User whose identification and password are being used to file this document. I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Respectfully submitted,

3

**JOINT STIPULATION FOR BRIEFING SCHEDULE FOR PLEADINGS IN RESPONSE TO FIRST AMENDED COMPLAINT**

| | |
|---|---|
| DATED: March 1, 2019 | MAYNARD, COOPER & GALE, LLP |
| | */s/ Linda Oliver* |
| | LINDA B. OLIVER |
| | Attorney for Defendants MetLife, Inc., General American Life Insurance Company, Metropolitan Tower Life Insurance Company, and MetLife Group, Inc. |
| DATED: March 1, 2019 | NICHOLAS & TOMASEVIC, LLP |
| | */s/ Craig M. Nicholas* |
| | Craig M. Nicholas |
| | CRAIG M. NICHOLAS (SBN 178444) |
| | cnicholas@nicholaslaw.org |
| | ALEX TOMASEVIC (SBN 245598) |
| | atomasevic@nicholaslaw.org |
| | **NICHOLAS & TOMASEVIC, LLP** |
| | 225 Broadway, 19th Floor |
| | San Diego, CA 92101 |
| | Telephone: (619) 325-0492 |
| | Facsimile: (619) 325-0496 |
| | Attorneys for Plaintiff Susan A. Pitt |

**JOINT STIPULATION FOR BRIEFING SCHEDULE FOR PLEADINGS IN RESPONSE TO FIRST AMENDED COMPLAINT**

DATED: March 1, 2019						WINTERS & ASSOCIATES

						*/s/ Jack B. Winters, Jr.*
						JACK B. WINTERS, JR. (SBN 82998)
						jackbwinters@earthlink.com
						GEORG M. CAPIELO (SBN 245491)
						gcapielo@einsurelaw.com
						SARAH BALL (SBN 292337)
						sball@einsurelaw.com
						**WINTERS & ASSOCIATES**
						8489 La Mesa Boulevard
						La Mesa, CA 91942
						Telephone: (619) 234-9000
						Facsimile: (619) 750-0413

						Attorneys for Plaintiff SUSAN A. PITT

**JOINT STIPULATION FOR BRIEFING SCHEDULE FOR PLEADINGS IN RESPONSE TO FIRST AMENDED COMPLAINT**